**ORIGINAL**


**FILED**

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0765

## IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 11-0765

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE APPOINTMENT OF MEMBERS OF
THE ACCESS TO JUSTICE COMMISSION

O R D E R

Mark Mattioli, representing the Office of Attorney General, has left his employment with that office and resigned his position on the Access to Justice Commission. With thanks to Mark Mattioli for his service, and with the consent of the nominee,

IT IS HEREBY ORDERED that Office of Consumer Protection Supervising Attorney Jacob Griffith is appointed to the Access to Justice Commission as the Office of Attorney General's representative for the remainder of the three-year term ending September 30, 2024.

The Clerk is directed to provide copies of this Order to Mark Mattioli, to the members of the ATJC, to Jacob Griffith, to the Executive Director of the Montana Justice Foundation, and to the State Bar of Montana.

DATED this 8 day of March, 2022.

_____
Chief Justice

_____

_____

_____
Justices